UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 4.2**
Eastern Division

Eric Wynn, et al.
                    Plaintiff,

v.                                      Case No.: 1:11−cv−04588
                                          Honorable James F. Holderman

Express, LLC
                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, September 29, 2011:

        MINUTE entry before Honorable Susan E. Cox: Parties appeared for motion hearing. In court hearing held. Defense counsel is ordered to amend the answer to the request for production so that it directly and clearly specifies whether or not documents were produced as to each document request. Defendants are also ordered to certify that the document production is complete. Defendants to amend their answer to the request for production on or before 10/6/11. The parties are then to have a face to face meet and confer conference in an attempt to resolve any further discovery disputes including exchanging information about the parameters of an e−discovery protocol for this case on or before 10/10/11. Discovery conference set for 10/12/11 at 11:00 a.m. at which time the Court will address any remaining discovery disputes and discuss an appropriate e−discovery plan. Mailed notice(vkd, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.